**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00964-CV

**BONDED BUILDERS HOME WARRANTY ASSOCIATION OF TEXAS, INC. D/B/A BONDED BUILDERS WARRANTY GROUP, Appellant**

**V.**

**JAMES B. SMITH, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04117**

## ORDER

We **GRANT** appellees' September 16, 2015 unopposed motion to extend time to file a brief. Appellees shall file their brief by **October 14, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE